AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS
JUN - 9 2009
BY DAVID J. MALAND, CLERK
DEPUTY

USA
V.
Dfts #2,4,7-9,16,15,20 and 21

**EXHIBIT AND WITNESS LIST**

Case Number: 4:09cr48 MAC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Don D Bush | Heather Rattan | See docket sheet |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/9/09 | Digital Recording-Toya McEwen | Toya McEwen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **Government Witness: George French FBI** |
| | | | | | |
| | | | | | Defendant # 2 GABRIEL MENDOZA JR  witnesses: LaTisha Gonzalez, wife of Dft# 2 |
| | | | | | Defendant # 4 LUIS GONZALEZ  witnesses: Martha Gonzalez, wife of Dft, Patrick Kinnard, |
| | | | | | Defendant# 7 SAN JUAN GONZALEZ  witnesses: Eric Anderson , dft's employer |
| | | | | | Defendant # 8 CALVIN ANDREW WILLIAMS witnesses: Mildred Binford, Dft's aunt |
| | | | | | Defendant # 9 ANDY WILLIE WASHINGTON MADKINS witnesses: LeTisha Sims, dft's |
| | | | | | Defendant # 15 JOSE ARMANDO RAMOS witnesses: Shauna Burnett Ramos, common-law |
| | | | | | Defendant # 20 HENRY GARCIA JR witnesses: Rita Maya, Dft's brother |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.